Michael D. Corey, Esq.
Laura S. Gould, Esq.
Brena, Bell & Walker, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Telephone:   (907) 258-2000
E-Mail:       mcorey@brenalaw.com
              lgould@brenalaw.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation, and ALLEGHENY CASUALTY COMPANY, a New Jersey corporation,<br><br>           Plaintiffs,<br><br>   v.<br><br>FRED ADKERSON, INC., an Alaska corporation, d/b/a FRED'S BAIL BONDING, and FRED PARKER ADKERSON,<br><br>           Defendants. | Case No. 3:20-cv-00247-TMB |

## PLAINTIFFS' COMPLAINT (APPLICATION) FOR TEMPORARY RESTRAINING ORDER AND FURTHER INJUNCTIVE RELIEF

Plaintiffs, International Fidelity Insurance Company (International) and Allegheny Casualty Company (Allegheny) through their attorneys, Brena, Bell & Walker, P.C., and pursuant to Federal Civil Rule 65, respectfully request that this Court immediately issue a temporary restraining order (TRO) against Defendant Fred Parker Adkerson (Adkerson),

BRENA, BELL & WALKER, P.C.
810 N Street, Suite 100
Anchorage, Alaska  99501
Phone:  (907) 258-2000
Facsimile:  (907) 258-2001

Complaint for TRO and Further Injunctive Relief          October 1, 2020
*International Fidelity and Allegheny Casuality vs. Fred Adkerson, Inc.*    Page 1 of 2

owner of Fred Adkerson, Inc., d/b/a Fred's Bail Bonding (Fred's) to prevent Adkerson from withdrawing any funds from the client collateral account entitled: "Fred P. Adkerson in trust for International Fidelity Insurance Company" (collateral account).[1] Plaintiffs have approximately $900,000.00 at risk if Adkerson continues to improperly withdraw funds from the collateral account.

Plaintiffs further request that the Court set a hearing for the accompanying complaint for preliminary injunction to require Adkerson to turn over the collateral account to Plaintiffs as contractually required. Plaintiffs similarly have approximately $900,000.00 at risk if Adkerson continues to refuse to tender control of the collateral account.

This Complaint (Application) is accompanied by the Motion and Memorandum in support thereof, as well as the attached Proposed Order. Plaintiffs are serving Defendants with these documents.

DATED this 1st day of October, 2020.

BRENA, BELL & WALKER, P.C.
Attorneys for Plaintiffs

By _____
Michael D. Corey, ABA No. 8511130
Laura S. Gould, ABA No. 03310042

BRENA, BELL & WALKER, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

---

[1] Exhibit C at 1, attached to the Memorandum in Support of Complaint (Application) for Temporary Restraining Order and Further Injunctive Relief filed herewith.

Complaint for TRO and Further Injunctive Relief                                October 1, 2020
*International Fidelity and Allegheny Casuality vs. Fred Adkerson, Inc.*              Page 2 of 2

Case 3:20-cv-00247-TMB   Document 1   Filed 10/01/20   Page 2 of 2